**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Kevin J. Maggio*
*Assistant United States Attorney*
*Senior Trial Counsel, Civil Division*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (973) 986-6708*
*kevin.maggio@usdoj.gov*

July 11, 2026

**Via Electronic Mail**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Celleri Fernandez v. Blanche*, No. 26-cv-8505 (MCA)**
**Petitioner's Release from ICE Custody**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's July 10, 2026 Text Order (ECF No. 3) ordering Respondents to immediately release Petitioner or answer the Petition. U.S. Immigration and Customs Enforcement has advised this Office that it released Petitioner from its custody yesterday, July 10, 2026, at approximately 9:30 p.m., under the same conditions that existed prior to detention.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for Respondents*

cc: All counsel of record (*via electronic mail*)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/13/26